IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.

**JOHN FROST, et al,**

    **Defendants.**        Case No. 05-cr-30133-DRH

## ORDER

**HERNDON, District Judge:**

      Pending before the Court is defendant John Frost's Motion to Withdraw and Request for Substitute CJA Counsel to be Appointed (Doc. 223). Said Motion is hereby **GRANTED**. Due to a recently developed conflict of interest, defendant Frost's current counsel, Robert Herman, is hereby granted leave to withdraw from this case. Defendant Frost has further requested the Court appoint a substitute CJA attorney to represent him in this matter. Therefore, the Court **APPOINTS** attorney Michael S. Ghidina as CJA counsel to represent defendant Frost in this matter.

    **IT IS SO ORDERED.**

    Signed this 31st day of August, 2006.

                          /s/        David RHerndon
                          **United States District Judge**