IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD PITTMAN, et al.,

    Defendants.                      Case No. 05-cr-30133-DRH

### ORDER

**HERNDON, District Judge:**

        Before the Court is a Motions for Disclosure of Rule 404(b) Evidence, filed by defendant John Frost (Doc. 288), requesting the Court enter an order requiring the Government to provide advance notice to each Defendant of whether it intends to introduce Rule 404(b) evidence (other crimes, wrongs or acts) during trial regarding each particular Defendant. Advance notice is sought for purposes of determining whether these Defendants may file motions in limine or otherwise shape their defenses for trial.

        The Court hereby **GRANTS** the Motion (Docs. 288). As such, the Government is hereby **ORDERED** to:

    (1)    Disclose and provide to defendant John Frost's attorney any and all evidence the Government intends to offer under **Federal Rule of Evidence 404(b)** regarding John Frost by **Wednesday,**

1

**January 10, 2007** (and maintain future compliance with the Rule).[1]

**IT IS SO ORDERED.**

Signed this 8th day of January, 2007.

/s/      David RHerndon<br>
**United States District Judge**

---

[1] The Court notes that the Government has not yet responded, but given the pendency of the upcoming trial, believes it necessary to issue this Order as soon as practicable.