IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN FROST, et al,

    Defendants.                                          Case No. 05-cr-30133-6-DRH

## ORDER

HERNDON, District Judge:

    Before the Court is defendant John Frost's Motion for Additional Time to File Motion for New Trial (Doc. 403).  Frost requests this additional time in order to more fully investigate and prepare such Motion.  Further, Frost has stated that the Government does not object to an extension of time.  Pursuant to **Federal Rule of Criminal Procedure 33(b)(2)**, "any motion for a new trial grounded on any reason other than newly discovered evidence must be filed within 7 days after the verdict or finding of guilty."   However, the Court may permit an extension of time under **Federal Rule of Criminal Procedure 45(b)**.

    The above-case amounted to a lengthy trial, involving Frost and four other codefendants.  Undoubtedly, for counsel to review the record of the trial, in order to identify, research and argue grounds in support of a new trial will likely require more time than the statutory 7 days given under Rule 33(b)(2).  Moreover,

the Government does not object.  For good cause shown, defendant Frost's Motion

(Doc. 403) is **GRANTED**.  Defendant Frost shall have until **March 22, 2007** to file

his Motion for New Trial.

> **IT IS SO ORDERED.**

> Signed this 20th day of February, 2007.

/s/          David   RHerndon
**United States District Judge**
