IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**JOHN FROST, et al,**

    **Defendants.**     Case No. 05-cr-30133-6-DRH

## ORDER

**HERNDON, District Judge:**

    Before the Court is defendant John Frost's Motion to Continue Sentencing (Doc. 488) and Motion for Extension of Time to File Objections to the Presentence Report (Doc. 489). Frost requests an additional thirty (30) days to file objections to the Presentence Investigation Report ("PSR") and thus, requests a continuance of his sentencing hearing, currently set for June 8, 2007. As Frost's counsel states there are several objections he plans to make that will require extensive review of the trial transcript, an extension of time is necessary, as it appears counsel only received a copy of the PSR within the last couple of weeks. Therefore, Frost's Motion for Extension of Time to File Objections (Doc. 489) is **GRANTED**. Frost is hereby allowed an additional thirty (30) days from the date of this Order to respond to the PSR and to file any objections thereto. Further, because his extension of time will exceed his currently scheduled sentencing hearing, a

continuance is also necessary.  Accordingly, Frost's Motion to Continue Sentencing (Doc. 488) is also **GRANTED**.  The Sentencing Hearing for defendant Frost is hereby rescheduled for **Friday, October 5, 2007** at **9:30 a.m.**

    **IT IS SO ORDERED.**

Signed this 22st day of May, 2007.

/s/        David   RHerndon
**United States District Judge**
